IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:04CR71

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| RENEE FRIEDMAN JONES | ) | |

**THIS MATTER** is before the Court on correspondence received from the Defendant's counsel which is construed as a motion for reconsideration of the Court's order denying Defendant release on bond pending sentencing.

On review of the motion, the Court finds no reason to modify the previous order.

**IT IS, THEREFORE, ORDERED** that the Clerk file counsel's letter as Defendant's motion for reconsideration of bond and the same is hereby **DENIED**.

**Signed: May 17, 2005**

Lacy H. Thornburg
United States District Judge