# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO.  1:04CR71

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **RENEE FRIEDMAN JONES** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motions to stay further proceedings regarding the forfeiture of her property and for a copy of the trial transcript.

The Court will allow the Defendant's request for a copy of the trial transcript.  However, counsel is advised that Defendant's sentencing will not be postponed or otherwise delayed while counsel waits for the transcript to be copied and/or prepared.

In regard to the motion to stay forfeiture, Defendant does not assert any reason that warrants a stay of those proceedings.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a copy of the trial transcript at Government expense is **ALLOWED**; the Clerk shall forward to counsel the appropriate CJA forms to order a copy of the transcript.

**IT IS FURTHER ORDERED** that the Defendant's motion to stay further proceedings regarding the forfeiture of her property is hereby **DENIED.**

**Signed: May 27, 2005**

Lacy H. Thornburg
United States District Judge