UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:04CR71

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| RENEE FRIEDMAN JONES | ) | |

WHEREAS, on January 11, 2005, this Court entered a Preliminary Order of Forfeiture

pursuant to 18 U.S.C. § 982 (a)(1) and (2) and Fed. R. Crim. P. 32.2(b) based upon the defendant's

convictions in Counts One, Two, Three, Four, Five, and Six of the Bill of Indictment. In those

counts, the defendant was charged with producing false identification documents, in violation of 18

U.S.C. § 1028(a), and with money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and §

1957.

WHEREAS, pursuant to 21 U.S.C. § 853(n), on April 20 and 27, 2005, and May 4, 2005,

the United States published in the *Asheville Citizen-Times,* a newspaper of general circulation, notice

of this forfeiture and of the intent of the government to dispose of the forfeited property according

to law, and further notifying all third parties of their right to petition the Court within thirty days for

a hearing to adjudicate the validity of any alleged legal interest in the property. The United States

also provided direct written notice to persons known to have an interest in the property. *Id.* A single

petition was filed, but on July 27, 2005, the Court dismissed the petition upon the motion of the

United States and after the petitioner had answered the United States' motion.

WHEREAS, the Court finds that the defendant had an interest in the property that is subject

to forfeiture and that there was a nexus between the property and the offenses of conviction pursuant

to Fed. R. Crim. P. 32.2(b) and (c), and that the property is subject to forfeiture pursuant to 18 U.S.C.

§ 982(a)(1) and (2), as property involved in, or property constituting or derived from proceeds of, the crimes of conviction.

NOW, THEREFORE, IT IS HEREBY ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, is hereby condemned, forfeited, and vested in the United States of America for disposition according to law:

real property at 15 Village Creek Drive (Lot 10), Asheville, North Carolina, as more particularly described in the Buncombe County Registry at Book 3570, Page 562-63, Buncombe County, North Carolina.

The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

This the ___9th___ day of ___September___ 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE

2