**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:04CR71**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| **RENEE FRIEDMAN JONES** | ) | |

**THIS MATTER** is before the Court on a request from counsel to authorize payment for paralegal services performed in the captioned case.

According to the supporting documents attached to the voucher, the paralegal services entailed the transcription of tape recordings from the Government's open file. The Court finds these services to be secretarial in nature and, therefore, are not reimbursable under the Criminal Justice Act.

**IT IS, THEREFORE, ORDERED** that counsel's request for payment of paralegal services is hereby **DENIED**.

Signed: November 8, 2005

Lacy H. Thornburg
United States District Judge